FILED
CLERK, U.S. DISTRICT COURT

AUG 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM GENE CRAWFORD, ) NO. CV 08-3679-RSWL(E)
) 
           Petitioner, )
)
     v. ) JUDGMENT
)
JAMES D. HARTLEY, Warden, )
)
           Respondent. )
_____ )

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: __13 AUG 2008_____, 2008.  R

RONALD S.W. LEW
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE